**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-26-158** |
| | * | |
| **JONATHAN SAVOY,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## JOINT STATUS REPORT

The United States of America, by and through undersigned counsel, and Defendant Jonathan Savoy, by and through undersigned counsel, hereby submit this joint status report ahead of the September 15, 2026, initial scheduling conference, Dkt. 38.

1. On April 30, 2026, a federal grand jury returned an indictment charging the Defendant with one count of conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349, and three counts of bank fraud, in violation of 18 U.S.C. § 1344. ECF No. 1.

2. On August 17, 2026, Defendant's initial appearance and arraignment was held before Chief U.S. Magistrate Judge Timothy J. Sullivan. ECF No. 29.

3. The Court entered an order excluding time under the Speedy Trial Act for the period of August 18, 2026, to October 18, 2026.

4. The Government has filed, and the Court has granted, a Motion for Protective Order to facilitate the production of voluminous records to the Defense.

5. The Government anticipates producing initial discovery before the September 15, 2026, status conference and will continue to produce discovery on a rolling basis.

6. Counsel for Mr. Savoy will require time to review discovery and to consult with her client regarding next steps in this case, including a possible pretrial resolution.

7. At this juncture, the parties are not seeking a trial date. Should this case proceed to trial, the parties may file any relevant motions *in limine*.

8. At this time, the parties are not seeking a deadline for the filing of any pretrial motions. Counsel will need additional time to review discovery before determining whether Mr. Savoy intends to file any pretrial motions.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/
Michael Jaskiw
Special Assistant United States Attorney

Brooke Oki
Assistant United States Attorney