**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN ELIJAH SAVOY,<br><br>Defendant. | Criminal Case No. 8:26-cr-00158-LKG-1<br><br>Dated: September 15, 2026 |

## SCHEDULING ORDER

On September 8, 2026, the parties filed a joint status report stating that the parties need additional time to produce and review discovery. ECF No. 41.

In light of the foregoing, the parties shall **FILE** a joint status report, **on or before December 15, 2026,** stating their respective views on whether they are ready to set a schedule for trial and pre-trial proceedings, and if warranted, a proposed schedule for trial and pre-trial proceedings.

The Government is **DIRECTED** to monitor the speedy trial date and to **FILE** any motions to exclude time from speedy trial computations, as necessary.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge