**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-26-158** |
| | * | |
| **BRITTANY EVERETT,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

## ORDER

Upon consideration of the Government's Consent Motion to Exclude Time Under the Speedy Trial Act, and based on the facts provided in the Motion and defense counsel's consent, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by excluding the time period identified in the Motion outweigh the best interests of the public and the Defendant in a speedy trial. Specifically, the failure to grant the requested exclusion would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, because additional time is needed for the Defendant to review discovery, for the Defendant to prepare and file any necessary pretrial motions, and for the parties to continue to engage in plea discussions.

Accordingly, it is hereby ORDERED that:

1. The Motion is GRANTED; and

2. The time period from and including **October 2, 2026**, through and including **December 1, 2026**, is excluded in computing the time within which trial in this matter must commence under the Speedy Trial Act.

____________________
Date

____________________________________
Honorable Lydia Kay Griggsby
United States District Judge