==========================================================

# UNITED STATES DISTRICT COURT

## ------------------DISTRICT OF MAYLAND------------------

**UNITED STATES OF AMERICA** *

**v.** * **Case No.: LKG-26-0158**

**JONATHAN ELIJAH SAVOY** *

**<u>LINE OF APPEARANCE</u>**

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in the case for Jonathan Elijah Savoy.

I certify that I am admitted to practice in this Court.

JAMES WYDA
Federal Public Defender

October 2, 2026

/s/
JULIE L.B. STELZIG, (#27746)
Assistant Federal Public Defender
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-1405
Phone: (301) 344-0600
Fax: (301) 344-0019
E-mail: julie_stelzig@fd.org