**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-26-158** |
| | * | |
| **BRITTANY EVERETT,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

**JOINT STATUS REPORT**

The United States of America, by and through undersigned counsel, and Defendant Brittany Everett, by and through undersigned counsel, hereby submit this joint status report pursuant to the Court's August 12, 2026, Scheduling Order. ECF No. 28.

1. On April 30, 2026, a federal grand jury returned an indictment charging Ms. Everett with one count of conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349. ECF No. 1. On May 27, 2026, Ms. Everett's initial appearance and arraignment was held before Chief U.S. Magistrate Judge Timothy J. Sullivan. ECF No. 10.

2. The Court has excluded time under the Speedy Trial Act for the periods of May 27, 2026, through July 27, 2026, ECF No. 20, and July 28, 2026, through September 28, 2026, ECF No. 26.

3. On October 2, 2026, the Government filed a consent motion to exclude the time from October 2, 2026, through and including December 1, 2026. ECF No. 44. That motion remains pending.

4. The Court entered a Protective Order governing discovery in this case. ECF No. 21. The Government produced voluminous discovery to the Defense on July 1, August 17, and August 31, 2026.

5. The parties are engaged in ongoing plea discussions.

6. At this juncture, the parties do not request a trial date. Should this case proceed to trial, the parties may file any relevant motions in limine.

7. At this time, the parties do not request a deadline for the filing of pretrial motions.

8. The parties also submit a proposed sealed supplement to this joint status report.

9. In light of the above, including the information in the proposed sealed supplement, the parties respectfully propose to file a further joint status report on or before January 8, 2027.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/
Michael Jaskiw
Special Assistant United States Attorney

Brooke Oki
Assistant United States Attorney