**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-26-158** |
| | * | |
| **BRITTANY EVERETT,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

**<u>MOTION TO SEAL SUPPLEMENT TO JOINT STATUS REPORT</u>**

The United States of America, by and through undersigned counsel, hereby respectfully moves for entry of an Order sealing the supplement to the Joint Status Report in the above-captioned matter. The supplement references matters that have not been made public.

**WHEREFORE**, the Government requests that the Court grant the Motion to Seal.

Respectfully submitted.

Kelly O. Hayes
United States Attorney

By: _________/s/_____________
Michael A. Jaskiw
Special Assistant United States Attorney

**ORDERED** as prayed, this ____ day of October, 2026.

_________________________
The Honorable Lydia Kay Griggsby
United States District Judge