**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-26-158** |
| | * | |
| **JONATHAN SAVOY,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

**CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorneys, hereby submits this consent motion for an order excluding time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and in support thereof submits the following:

1. On April 30, 2026, a federal grand jury returned an indictment charging the Defendant with one count of conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349, and three counts of bank fraud, in violation of 18 U.S.C. § 1344. ECF No. 1.

2. On August 17, 2026, the Defendant's initial appearance and arraignment was held before Chief U.S. Magistrate Judge Timothy J. Sullivan, and the Office of the Federal Public Defender was appointed to represent the Defendant. ECF Nos. 29, 31. On August 26, 2026, Assistant Federal Public Defender Anjali Biala entered her appearance on behalf of the Defendant. ECF No. 37.

3. On September 2, 2026, the Court granted the Government's consent motion and excluded the period from August 18, 2026, to October 18, 2026, from Speedy Trial Act computations. ECF Nos. 36, 39.

4. On September 3, 2026, the Court entered a Protective Order to facilitate the production of voluminous records to the Defense. ECF No. 40. The Government produced

discovery to the Defense on September 11 and September 18, 2026, and will continue to produce discovery on a rolling basis.

5. On September 15, 2026, following the initial scheduling conference, the Court directed the parties to file a joint status report on or before December 15, 2026, and directed the Government to monitor the speedy trial date and to file any motions to exclude time from speedy trial computations, as necessary. ECF Nos. 42, 43.

6. On October 2, 2026, Assistant Federal Public Defender Julie Stelzig entered her appearance on behalf of the Defendant. ECF No. 45. Ms. Stelzig has assumed the Defendant's representation from Ms. Biala, who began emergency extended medical leave on September 29, 2026.

7. In accordance with the Speedy Trial Act, 18 U.S.C. § 3161(c), the trial of a defendant charged in an information or indictment shall commence within 70 days from the filing date of the information or indictment, or from the date the defendant appeared before a judicial officer, whichever date last occurs. However, pursuant to 18 U.S.C. § 3161(h)(7), the Court may grant a continuance of speedy trial when the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. The Government and counsel for the Defendant agree that it is in their mutual interests to toll the speedy trial clock under 18 U.S.C. § 3161(h)(7). The requested exclusion of time would allow new counsel for the Defendant to review discovery, consult with the Defendant, and draft potential motions, and would allow the parties to discuss a possible pretrial resolution of this case. As such, trial within 70 days would deny the Government and counsel for the Defendant the reasonable time necessary for effective preparation.

9. For the foregoing reasons, the ends of justice will be served by excluding the time from **October 19, 2026, through and including December 15, 2026**, in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(7), and those ends outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, the Government, with consent of the Defendant, respectfully requests that the Court issue an order excluding the time from **October 19, 2026, through and including December 15, 2026**, in computing the time within which trial must commence under the Speedy Trial Act. A proposed Order is attached.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/
Michael Jaskiw
Special Assistant United States Attorney

Brooke Oki
Assistant United States Attorney