**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-26-158** |
| | * | |
| **JONATHAN SAVOY,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

*******

**ORDER**

Upon consideration of the Government's Consent Motion to Exclude Time Under the Speedy Trial Act, and based on the facts and arguments provided in the Motion, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of the requested continuance and exclusion for the time period identified in the Motion outweigh the interests of the public and the Defendant in a speedy trial because the additional time is needed to allow new counsel for the Defendant to review discovery with the Defendant, for the Defendant to prepare and file any necessary pretrial motions, and for the parties to engage in plea discussions.

Accordingly, it is hereby ORDERED that:

1. The Consent Motion to Exclude Time Under the Speedy Trial Act is GRANTED.

2. The time period from and including **October 19, 2026, through and including December 15, 2026**, is excluded in computing the time within which trial in this matter must commence under the Speedy Trial Act.

____________________
Date

______________________________
Honorable Lydia Kay Griggsby
United States District Judge